USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/04/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
IKEMEFUNA STEPHEN NWOYE,                :
:
                              Plaintiff,     :         22-CV-1791 (VEC)
:
        -against-                       :         ORDER
:
:
BARACK HUSSEIN OBAMA, MICHELLE     :
LAVAUGHN ROBINSON OBAMA,               :
:
                            Defendants.    :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on March 3, 2022, Plaintiff filed a complaint in this action, Dkt. 1;

        WHEREAS the version of the complaint filed on ECF is 13 pages in length, although the complaint represents that it has 17 total pages; and

        WHEREAS pages 6, 9, 12, and 13 appear to be missing from the version of the complaint filed on ECF.

        IT IS HEREBY ORDERED that if Plaintiff wishes to correct his complaint, a corrected version with the entire complaint must be filed by no later than **Friday, March 18, 2022**.

**SO ORDERED.**

**Date: March 4, 2022**
**New York, NY**

                                                                   **VALERIE CAPRONI**
                                                                   **United States District Judge**