USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/20/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IKEMEFUNA STEPHEN NWOYE,                          :
                                                  :        22-CV-1791 (VEC) (RWL)
                           Plaintiff,             :
                                                  :
            - against -                           :        **ORDER**
                                                  :
BARACK HUSSEIN OBAMA et al,                       :
                                                  :
                           Defendants.            :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     The Court is in receipt of Plaintiff's response to the order to show cause and Plaintiff's motion to file a proposed Second Amended Complaint. Plaintiff's claims appear to be proscribed by a six-year statute of limitations, *see* N.Y. C.P.L.R. § 213(1 and 2), and to have accrued no later than May 2014 (*see* First Amended Complaint ¶¶ 8 (denoting the relevant time period as October 2013 to May 2014), 20 (indicating that Plaintiff received an employment rejection letter in 2014), 27 (stating that Plaintiff had not heard from Defendants "seven (7) years after these transactions")). The Court's earlier order to show cause invoked dismissal based on frivolousness and failure to state a claim but did not specifically mention statute of limitations. Accordingly, no later than June 30, 2023, Plaintiff shall show cause in writing why his claims should not be dismissed, and his pending motion to amend denied, based on the statute of limitations.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 20, 2023
       New York, New York

Copies transmitted this date to all counsel of record.