**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
IKEMEFUNA STEPHEN NWOYE,

                    Plaintiff,                    22 **CIVIL** 1791 (VEC)(RWL)

        -against-                                   <u>**JUDGMENT**</u>

BARACK HUSSEIN OBAMA and MICHELLE
LAVAUGHN ROBINSON OBAMA,,

                    Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 11, 2023, the R&R is ADOPTED in part. The Court DENIES Plaintiff's motion for leave to file a second amended complaint and DISMISSES the First Amended Complaint with prejudice and without leave to file an amended complaint. The portions of Plaintiff's objections to the Magistrate Judge's conclusion that the claims in the First Amended Complaint and proposed second amended complaint are untimely are conclusory and regurgitate arguments previously made to, and rejected by, Judge Lehrburger. Compare Obj. Paragraph 9 (arguing that his claims are timely because Defendants' and Sidley's violations are continuing) with Pl. Mem. on Second OTSC Paragraph 24-33 (arguing that Defendants' and Sidley's violations continued after 2014). Because Plaintiff's objections are perfunctory and not substantive, the Court reviews the R&R for clear error and finds none with respect to the Magistrate Judge's recommendation to dismiss the First Amended Complaint with prejudice and to deny Plaintiff leave to file the proposed second amended complaint.

**Dated:**  New York, New York

       August 11, 2023

                                                **RUBY J. KRAJICK**
                                                  **Clerk of Court**

                             **BY:**           _____

                                                       **Deputy Clerk**